**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

TADESE SHIFERAW,

     Plaintiff,

v.                                                               No. 20-cv-1194 MV-KBM

TORRANCE COUNTY DETENTION FACILITY,

     Defendant.

**ORDER TO SHOW CAUSE**

This matter comes before the Court *sua sponte* in connection with Tadese Shiferaw's *pro se* prisoner civil rights claims.   The docket reflects a recent mailing to Shiferaw was returned as undeliverable (Doc. 9).   It appears Shiferaw was released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6.   Shiferaw must notify the Clerk of his new address within thirty (30) days of entry of this Order.   *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure .... The same is true of simple, nonburdensome local rules….") (citations omitted).   Failure to timely comply will result in dismissal of this action without further notice.

     **IT IS ORDERED** that within thirty (30) days of entry of this Order, Shiferaw shall update his address or show cause why this action should not be dismissed.

                                   _____

                                 UNITED STATES MAGISTRATE JUDGE