## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

TADESE SHIFERAW,

      Plaintiff,

v.                                                                No. 20-cv-1194 MV-KBM

TORRANCE COUNTY
DETENTION FACILITY,

      Defendant.

### <u>ORDER OF DISMISSAL</u>

This matter is before the Court on Plaintiff's failure to prosecute his civil rights claims following his release from ICE custody.  Petitioner initiated this case by filing a Prisoner Civil Rights Complaint in the United States District Court for the Western District of Louisiana.  (Doc. 1).  The Louisiana Federal Court severed the claims against the Torrance County Detention Center (TCDC), located in Estancia, New Mexico, and transferred them to this Court on October 5, 2020. (Doc. 6).  A mailing to Plaintiff was then returned as undeliverable.  (Doc. 9).  By an Order entered December 7, 2020, the Court directed Plaintiff to update his address within thirty (30) days. *See* (Doc. 10); D.N.M. LR-Civ. 83.6 (*pro se* parties have a continuing duty to notify the Court of their current address); *Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) (*pro se* parties must "follow the federal rules of procedure" and "simple, nonburdensome local rules") (citations omitted).  Plaintiff was warned that the failure to timely comply would result in dismissal of claims against TCDC without prejudice and further notice.

Plaintiff failed to timely update his address, and the ICE online detainee locator website reflects that he is no longer in United States custody.  *See* https://locator.ice.gov/.  Accordingly, the Court will dismiss the claims against TCDC - which are the only claims pending in this case -

pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.   *See Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003) (Rule 41 permits *sua sponte* dismissal for failure to prosecute and comply with orders.)   The dismissal will be without prejudice to refiling and will not count as a "strike" for purposes of the three-strike rule in 28 U.S.C. § 1915(g).

**IT IS ORDERED** that to the extent that Plaintiff's Prisoner Civil Rights Complaint (**Doc. 1**) raises claims against the Torrance County Detention Center, such claims are **DISMISSED without prejudice** for failure to prosecute.

**IT IS FURTHER ORDERED** that the Court will enter a separate judgment closing the civil case.

_____
HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

2